ALICE A. ZIMTBAUM, Appellant, *v.* MARK ZIMTBAUM, Respondent.

(Argued May 25, 1936; decided July 8, 1936.)

*Francis P. Burns* for appellant.

*Abraham Lehman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.